No. 257. FLORIDA EX REL. MCKEIGHAN *v.* SULLIVAN, SHERIFF.

*Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the reason that the judgment of the court below is based upon a nonfederal ground adequate to support it. MR. JUSTICE MURPHY took no part in the consideration or decision of this case. *Neville Miller* for appellant. *Eugene F. Black,* Attorney General of Michigan, and *J. Velma Keen* for appellee.